UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

ERICKA LATRICE MCCOY, )
 )
    *Plaintiff*, )
 )
v. ) No. 1:21-cv-00090-SKL
 )
COMMISSIONER OF SOCIAL SECURITY, )
 )
    *Defendant*. )

## JUDGMENT

Pursuant to and consistent with the Memorandum and Order filed herewith [Doc. 28], (1) Plaintiff's motion for summary judgment [Doc. 20] is **DENIED**; (2) the Commissioner's motion for summary judgment [Doc. 26] is **GRANTED**; and (3) this action is **DISMISSED**.

                                              s/    LeAnna R. Wilson
                                              LeAnna R. Wilson
                                              CLERK OF COURT